**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-03341-RBJ

STEPHEN WARREN,

**Plaintiff,**

v.

SUN LIFE ASSURANCE COMPANY
OF CANADA

**Defendant.**

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

THIS MATTER, having come before the Court upon the Stipulated Motion to Dismiss With Prejudice [ECF No. 31]; the Court having reviewed the matter and being sufficiently advised in the premises;

HEREBY ORDERS this matter be and is hereby dismissed, with prejudice, with each party to pay its own costs.

DATED this 11th day of September, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States Judge